# Court of Appeals
# of the State of Georgia

ATLANTA, June 15, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2018.  KAISER FORD v. RUBY LEE GLOSTER.

Ruby Lee Gloster filed suit against Kaiser Ford, both individually and as agent for a trust, seeking to set aside two deeds that conveyed land to the trust.  The trial court granted Gloster's motion for summary judgment, and set aside the deeds.  Ford then filed this direct appeal.

"Cases respecting title to land, as that term is used in the Constitution for the purpose of defining the jurisdiction of [the Supreme Court], refer to and mean actions at law, such as ejectment and statutory substitutes, in which the plaintiff asserts a presently enforceable legal title against the possession of the defendant for the purpose of recovering the land."  *Bond v. Ray*, 207 Ga. 559, 562 (63 SE2d 399) (1951) (punctuation omitted); see also *Cole v. Cole*, 205 Ga. App. 332 (1) (422 SE2d 230) (1992).  Because this appears to be such a case, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (1) and (2); *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/15/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*